**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Adolfo SIERRA–MENDEZ, Defendant—Appellant.**

No. 04–30021.

D.C. No. CR–03–00430–JCC.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 4, 2005.

Kelly L. Harris, Esq., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Robert M. Leen, Esq., Seattle, WA, for Defendant–Appellant.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before O'SCANNLAIN, CALLAHAN, and BEA, Circuit Judges.

MEMORANDUM **

Adolfo Sierra–Mendez appeals the sentence imposed following his guilty plea conviction for conspiracy to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846. We have jurisdiction under 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

REMANDED.

REMANDED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.